UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOUJIA WANG,

    Plaintiff,

v.

LARRY C DENAYER, et al.,

    Defendants.

Case No. 21-cv-01670-SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

The above action was filed on March 9, 2021. Dkt. No. 1 (Complaint). On April 21, 2021, plaintiff declined to proceed before a magistrate judge and on April 22, 2021 the case was reassigned to the undersigned. Dkt. No. 13. Nothing has been filed in the matter since the April 22, 2021 reassignment.

As such, the Court issues this ORDER TO SHOW CAUSE as to why the matter should not be dismissed for failure to prosecute. **Plaintiff must respond to this order on or before Friday June 24 explaining why the matter should not be dismissed for failure to prosecute. Failure to timely respond to this order shall result in the matter being DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**.

Dated: June 14, 2022

_____
SUSAN ILLSTON
United States District Judge