UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOUJIA WANG,

    Plaintiff,

    v.

LARRY C DENAYER, et al.,

    Defendants.

Case No. 21-cv-01670-SI

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 14

On June 14, 2022, the Court issued an Order to Show Cause as to why the instant matter should not be dismissed for failure to prosecute. Dkt. No. 14 (OSC). Plaintiff's complaint was filed over a year ago on March 9, 2021. Dkt. No. 1 (Complaint). On April 21, 2021, plaintiff declined to proceed before a magistrate judge and on April 22, 2021 the case was reassigned to the undersigned. Dkt. No. 13. Nothing has been filed in the matter since the April 22, 2021 reassignment. In the June 14, 2022, Order to Show Cause, the Court made clear: "**Plaintiff must respond to this order on or before Friday June 24 explaining why the matter should not be dismissed for failure to prosecute. Failure to timely respond to this order shall result in the matter being DISMISSED WITH PREJUDICE.**" Dkt. No. 14 (OSC) (emphasis in original). June 24, 2022 has come and gone and plaintiff has not filed anything in response to the Court's Order to Show Cause. As such, this action is DISMISSED WITH prejudice for failure to prosecute. Federal Rule of Civil Procedure 41(b)[1].

**IT IS SO ORDERED**.

Dated: July 11, 2022

                                                    _____
SUSAN ILLSTON
United States District Judge

---

[1] FRCP 41(b): "Involuntary Dismissal; Effect. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.