UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUJIA WANG,<br><br>        Plaintiff,<br><br>    v.<br><br>LARRY C DENAYER, et al.,<br><br>        Defendants. | Case No. 21-cv-01670-SI<br><br>**JUDGMENT**<br>Re: Dkt. No. 15 |

On July 11, 2022, the Court DISMISSED the instant action with prejudice for failure to prosecute. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 11, 2022

_____
SUSAN ILLSTON
United States District Judge